1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10                                          No. C 05-01640 WHA

PATRICIA A. HYTCHE,

11                 Plaintiff,

12        v.                              **ORDER DENYING REQUEST
                                          FOR RELIEF**
13

MARK D. THOMPSON,

14                 Defendant.

15    _____/

16

17        On March 8, 2006, plaintiff Patricia A. Hytche filed an document with the Court,

18    requesting a "provisional remedy" against an unidentified entity or person, asking for a "final

19    decree of forfeiture" of unnamed property and petitioning the Court to compel an unspecified

20    "agency" to put an unidentified thing "in [plaintiff's] name."  Although the document was filed

21    under case No. C 05-1640, it was captioned as *Patricia A. Hytche v. U.S. District Court*, not as

22    *Hytche v. Thompson*, the proper case caption.  No allegation was made, however, against the

23    unspecified District Court.  The submission was, in short, the gibberish of a mind unmoored

24    from reality.

25        The instant case was terminated May 24, 2005, after the complaint was dismissed

26    without prejudice a day earlier.  No complaint has since been filed.  The most recent document

27    was not a complaint.  If plaintiff meant it as one, she failed to allege anything sufficient to

28

**United States District Court**
For the Northern District of California

invoke federal subject-matter jurisdiction and failed to abide by Federal Rule of Civil Procedure 8(a).  All requested relief is **DENIED**.  The case remains terminated.

**IT IS SO ORDERED.**

Dated:  March 9, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2